**JUDGE KARAS**

**07 CIV 8734**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAPHNE ROSEWELT,                                07 Civ.
                      Plaintiff,
                                                **RULE 7.1 STATEMENT**
   -against-

NEW CINGULAR WIRELESS SERVICES, INC.
(f/k/a AT&T WIRELESS SERVICES, INC.),

                      Defendant.
----------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff DAPHNE ROSEWELT (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.
None.

Dated:  October 8, 2007
        New York, New York

                                      Yours, etc.,

                                      ROBERT J. BARSCH, ESQ.
                                      RB 1612
                                      Attorney for plaintiff
                                      60 East 42nd Street
                                      Suite 2501
                                      New York, NY 10017
                                      (212) 986-2251