IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DAPHNE ROSEWELT,                                            Civil Action No.  07 Civ 8734

        *Plaintiff,*                                            **STIPULATION**

vs.

NEW CINGULAR WIRELESS SERVICES, INC.
(f/k/a AT&T WIRELESS SERVICES, INC.)
        *Defendants*.

---

    IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties that Defendant New Cingular Wireless Services, Inc. n/k/a AT&T Mobility Services, Inc. shall have a two (2) week extension from the original due date of February 26, 2008 to respond to Plaintiff's Complaint until and including March 11, 2008.  No previous extensions have been requested.


    /s/Robert J. Barsch_____                /s/ Daniel Y. Gielchinsky_____
By:   Robert J. Barsch, Esq.                 By:   Daniel Y. Gielchinsky
        60 East 42nd Street, Suite 2501                 Herten Burstein Sheridan Cevasco Bottinelli
        New York, NY  10165                       Litt & Harz LLC
        (212) 986-2251                                 Court Plaza South
        *Attorney for Plaintiff*                       21 Main Street
                                                            Hackensack, NJ  07601-7032
                                                           (201) 342-6000
                                                           *Attorneys for Defendant*


Dated: February 25, 2008

SO ORDERED:

_____
United States District Judge

680236.1