```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DAPHNE ROSEWELT,　　　　　　　　　　Civil Action No. 07 Civ 8734 (KMK)

　　　　　*Plaintiff,*　　　　　　　　　　**STIPULATION**

vs.

NEW CINGULAR WIRELESS SERVICES, INC.
(f/k/a AT&T WIRELESS SERVICES, INC.)
　　　　　*Defendants.*

---

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties that Defendant New Cingular Wireless Services, Inc. n/k/a AT&T Mobility Services, Inc. shall have a two (2) week extension from the original due date of February 26, 2008 to respond to Plaintiff's Complaint until and including March 11, 2008. No previous extensions have been requested.

　　　/s/Robert J. Barsch　　　　　　　　　　　　/s/ Daniel Y. Gielchinsky
By:　Robert J. Barsch, Esq.　　　　　　　By:　Daniel Y. Gielchinsky
　　　60 East 42nd Street, Suite 2501　　　　　　Herten Burstein Sheridan Cevasco Bottinelli
　　　New York, NY 10165　　　　　　　　　　Litt & Harz LLC
　　　(212) 986-2251　　　　　　　　　　　　　Court Plaza South
　　　*Attorney for Plaintiff*　　　　　　　　　　21 Main Street
　　　　　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601-7032
　　　　　　　　　　　　　　　　　　　　　　　(201) 342-6000
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

Dated: February 25, 2008

SO ORDERED:

_____
United States District Judge

2/26/08

680236.1