IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

DAPHNE ROSEWELT,                                    Civil Action No.  07 Civ 8734

      *Plaintiff,*

vs.

NEW CINGULAR WIRELESS SERVICES, INC.
(f/k/a AT&T WIRELESS SERVICES, INC.)
      *Defendant*.

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

## CORPORATE DISCLOSURE STATEMENT

Defendant New Cingular Wireless Services, Inc. hereby submits the following statement under Fed. R. Civ. P. 7.1:

New Cingular Wireless, Inc. (a Delaware corporation) is owned by AT&T Mobility LLC (a Delaware limited liability company), which is indirectly owned 100% by AT&T Inc., a publicly traded company.

Dated: March 11, 2008                                    Respectfully submitted,


                                             /s/Daniel Y. Gielchinsky
                                             Daniel Y. Gielchinsky, Esq.
                                             Herten Burstein Sheridan Cevasco Bottinelli
                                             Litt & Harz LLC
                                             Court Plaza South
                                             21 Main Street
                                             Hackensack, NJ  07601-7032
                                             (201) 342-6000
                                             *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008, a true and correct copy of the foregoing Corporate Disclosure Statement was filed and served electronically and in accordance with the Local Rules of the United States District Court, Southern District of New York:

>Robert J. Barsch, Esq.
>60 East 42nd Street, Suite 2501
>New York, NY  10165

/s/Daniel Y. Gielchinsky