UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daphne Rosewelt,
    Plaintiff,

-against-

New Cingular Wireless Services, Inc.
(f/k/a AT&T Wireless Services, Inc.)
    Defendant.

07 cv 8734

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel Y. Gielchinsky, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Kelly H. Decker |
| Firm Name: | Rhoads & Sinon LLP |
| Address: | One South Market Square, 12th Floor |
| City/State/Zip: | Harrisburg, PA 17101 |
| Phone: | 717-233-5731 |
| Fax Number: | 717-231-6600 |

KELLY H. DECKER is a member in good standing of the Bar of the States of Pennsylvania and New Jersey.

There are no pending disciplinary proceeding against Kelly H. Decker in any State or Federal court.

Dated: 3/21/2008

City/State: Hackensack, NJ

Respectfully submitted,

/S/ Daniel Y. Gielchinsky, Esq.

| | |
|---|---|
| Sponsor's SDNY Bar | DG-5885 |
| Firm Name: | Herten, Burstein, Sheridan, Cevasco, Bottinelli, Litt & Harz, L.L.C. |
| Address: | Court Plaza South, 21 Main Street |
| City/State/Zip: | Hackensack, NJ 07601 |
| Phone: | 201-342-6000 |
| Fax Number: | 201-342-6611 |

683409.1