UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daphne Rosewelt
      Plaintiff,

-against-

New Cingular Wireless Services, Inc.
(f/k/a AT&T Wireless Services, Inc.)
      Defendant.

07 cv 8734

**AFFIDAVIT OF
DANIEL Y. GIELCHINSKY
IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

State of New Jersey    )
                             ) ss:
County of New Jersey  )

Daniel Y. Gielchinsky, being duly sworn, hereby deposes and says as follows:

1. I am an associate of Herten, Burstein, Sheridan, Cevasco, Bottinelli, Litt & Harz, L.L.C., counsel for Defedant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Kelly H. Decker, as counsel pro hac vice to represent Defendant in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known Kelly H. Decker since 2006.
4. Kelly H. Decker is an associate at Rhoads & Sinon LLP in Harrisburg, Pennsylvania
5. I have found Kelly H. Decker to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, I am pleased to move the admission of Kelly H. Decker, pro hac vice.
7. I respectfully submit a proposed order granting the admission of Kelly H. Decker, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Kelly H. Decker, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated: 3/27/2008
City/State: Hackensack, NJ

~~Notarized:~~

Respectfully submitted,

/s/ Daniel Y. Gielchinsky
Daniel Y. Gielchinsky
SDNY Bar Code: DG-5885

683426.1



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Kelly Herten Decker, Esq.*

DATE OF ADMISSION

*December 29, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 4, 2008

Norina K. Blynn
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **KELLY HERTEN DECKER** (No. **015941999**) was constituted and appointed an Attorney at Law of New Jersey on **December 24, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **5TH** day of **March**, 20 **08**

Clerk of the Supreme Court