UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daphne Rosewelt,
    Plaintiff,

-against-

New Cingular Wireless Services, Inc.
(f/k/a AT&T Wireless Services, Inc.)
    Defendant.

07 cv 8734

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel Y. Gielchinsky, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Todd J. Shill |
| Firm Name: | Rhoads & Sinon LLP |
| Address: | One South Market Square, 12th Floor |
| City/State/Zip: | Harrisburg, PA 17101 |
| Phone: | 717-233-5731 |
| Fax Number: | 717-231-6600 |

KELLY H. DECKER is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

There are no pending disciplinary proceeding against Todd J. Shill in any State or Federal court.

Dated: 3/27/08

City/State: Hackensack, NJ

Respectfully submitted,

/s/ Daniel Y. Gielchinsky, Esq.

| | |
|---|---|
| Sponsor's SDNY Bar | DG 5885 |
| Firm Name: | Herten, Burstein, Sheridan, Cevasco, Bottinelli, Litt & Harz, L.L.C. |
| Address: | Court Plaza South, 21 Main Street |
| City/State/Zip: | Hackensack, NJ 07601 |
| Phone: | 201-342-6000 |
| Fax Number: | 201-342-6611 |

683409.2