UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daphne Rosewelt
      Plaintiff,

-against-

New Cingular Wireless Services, Inc.
(f/k/a AT&T Wireless Services, Inc.)
      Defendant.

07 cv 8734

**AFFIDAVIT OF
DANIEL Y. GIELCHINSKY
IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

State of New Jersey    )
                           ) ss:
County of New Jersey  )

Daniel Y. Gielchinsky, being duly sworn, hereby deposes and says as follows:

1. I am an associate of Herten, Burstein, Sheridan, Cevasco, Bottinelli, Litt & Harz, L.L.C., counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Todd J. Shill, as counsel pro hac vice to represent Defendant in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known Todd J. Shill since 2007.
4. Todd J. Shill is an partner at Rhoads & Sinon LLP in Harrisburg, Pennsylvania
5. I have found Todd J. Shill to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, I am pleased to move the admission of Todd J. Shill, pro hac vice.
7. I respectfully submit a proposed order granting the admission of Todd J. Shill, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Todd J. Shill, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated: 3/27/2008
City/State: Hackensack, NJ

~~Notarized:~~

Respectfully submitted,

/s/ Daniel Y. Gielchinsky
Daniel Y. Gielchinsky
SDNY Bar Code: DG-5885

683426.2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Todd J. Shill, Esq.*

DATE OF ADMISSION

*November 29, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 13, 2008

_____
Norina K. Blynn
Chief Clerk