# HERTEN, BURSTEIN, SHERIDAN, CEVASCO, BOTTINELLI, LITT & HARZ, L.L.C.

COUNSELLORS AT LAW

21 MAIN STREET
COURT PLAZA SOUTH
HACKENSACK, NEW JERSEY 07601-7095

(201) 342-6000
TELECOPIER
(201) 342-6611

dgielchinsky@hertenburstein.com

THOMAS J. HERTEN ▲
ALBERT BURSTEIN
PHILIP F. SHERIDAN, JR.
ANDREW J. CEVASCO
TERRY PAUL BOTTINELLI ○
ARNOLD D. LITT ▲ ♦ χ
STEVEN B. HARZ ▲
PATRICK PAPALIA ■ ▲
RICHARD JON CONTANT ▲

SUSAN M. MARRA ▲
THOMAS S. McGUIRE
ANDREW T. FEDE
GIANFRANCO A. PIETRAFESA ▲ ▲

JASON T. SHAFRON ▲ † ○
SCOTT D. JACOBSON
MICHAEL I. LUBIN ▲ ○
GERALD C. ESCALA, JSC (RET.) ▲
DAVID S. STEINBERG ▲
WILLIAM H. SCHMIDT, JR. ■
DIANE L. MULLIGAN ▲ †
LEONARD J.C. HARDESTY, JR. ▲

COUNSEL TO THE FIRM

LOUIS C. TOMASELLA ▲
NILUFER O. DeSCHERER ▲ ι
LISAANNE R. BICOCCHI ▲
CRAIG P. BOSSONG †
DANIEL Y. GIELCHINSKY ▲
CYNTHIA BROOKS
CAROLYN B. HAND ▲
LAURA F. WALLACE †
TANJA J. FAGAN ▲
EIMI S. THOMPSON ▲
DANIEL C. RITSON ▲
KELLY KILDUFF RUGGIERO ▲
PATRICK A. ASCOLESE

FRANCIS B. RUGGI
(1956-1995)

WRITER'S EXT.: 203

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

April 14, 2008

**MEMO ENDORSED**

<u>VIA FACSIMILE</u> (914-390-4152)
Honorable Kenneth M. Karas
U.S. District Court
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10007-1312

Re: Daphne Rosewelt v. New Cingular Wireless Services, Inc. (f/k/a AT&T Wireless Services, Inc.)
Case No. 07 cv 8734
Our File No. 1023.80276

Dear Judge Karas:

I have received a Calendar Notice in this matter scheduling a conference for Monday, April 21, 2008 at 10:00 a.m. I would like to seek an adjournment of the conference, since the 21st is an observed day of Passover. I have obtained my adversary's consent to this request via e-mail.

Thank you for your consideration of this request.

Respectfully submitted,

DANIEL Y. GIELCHINSKY

DYG/lmn
cc: Robert J. Barsch, Esq.
Kelly H. Decker, Esq.

*Conference is adjourned until April 30, 2008 at 10:30 am.*

**SO ORDERED**
KENNETH M. KARAS, U.S.D.J.
4/15/08

○ Also Member of CA Bar
† Also Member of PA Bar
▲ Also Member of NY Bar
● Also Member of TX Bar
■ Also Member of DC Bar
χ Also Member of US Patent Bar
○ New Jersey Supreme Court Certified Civil Trial Attorney

250004_1

747 THIRD AVENUE • 37TH FLOOR • NEW YORK, NY 10017 • (212) 363-1380