UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daphne Rosewelt
    Plaintiff,

-against-

New Cingular Wireless Services, Inc.
(f/k/a AT&T Wireless Services, Inc.)
    Defendant.

07 cv 8734

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

    Please take notice that, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel Y. Gielchinsky, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Todd J. Shill, Esq. and Kelly H. Decker, Esq.

    Todd J. Shill and Kelly H. Decker are members in good standing of the Bar of the State of Pennsylvania.

There are no pending disciplinary proceedings against Todd J. Shill or Kelly H. Decker in any State or Federal court.

By: _____
Daniel Y. Gielchinsky, Esq.
HERTEN, BURSTEIN, SHERIDAN,
CEVASCO, BOTTINELLI, LITT & HARZ, L.L.C.
747 Third Avenue, 37th Floor
New York, New York 10017
(212) 363-1380
Attorneys for Defendant New Cingular Wireless
Services, Inc. (f/k/a AT&T Wireless Services, Inc.)

Dated: July 16, 2008

683410.1