| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |

Daphne Rosewelt
    Plaintiff,

-against-

New Cingular Wireless Services, Inc.
(f/k/a AT&T Wireless Services, Inc.)
    Defendant.

07 cv 8734

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the Motion of Daniel Y. Gielchinsky, attorney for New Cingular Wireless Services, Inc., and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

    Applicant's Name:    Kelly H. Decker
    Firm Name:    Rhoads & Sinon LLP
    Address:    One South Market Square, 12th Floor
    City/State/Zip:    Harrisburg, PA 17101
    Phone:    717-233-5731
    Fax Number:    717-231-6600

Kdecker@rhoads-sinon.com

Is admitted to practice pro hac vice as counsel for New Cingular Wireless Services, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 28, 2008
City/State: White Plains, NY

SO ORDERED:

_____
United States ~~District~~/Magistrate Judge
Hon. George A. Yanthis, USMJ